UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNY TRAKHTER, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES,<br><br>        Defendant. | Case No. 20-cv-02282-SI<br><br>**JUDGMENT** |

On July 14, 2020, this Court dismissed this action without prejudice for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

.

Dated: September 8, 2021

                              SUSAN ILLSTON
                              United States District Judge